Thomas H. Billingslea, Jr.
Chapter 13 Standing Trustee
P.O. Box 188
Memphis, TN 38101-0188
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

Order Entered on
November 12, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West 'F' Street, San Diego, California 92101-6991

In re
DILBAR B MAMEDOVA
Social Security No. XXX-XX-0616

Debtor.

Bankruptcy No. 14-07165-LT-13

### ORDER DIRECTING EMPLOYER TO DEDUCT FROM EMPLOYEE'S WAGES AND SEND PAYMENT TO CHAPTER 13 TRUSTEE

**TO EMPLOYER:**

WESTERN LEAGUE LLC
ATTN: PAYROLL DEPARTMENT
1154 KNOLLRIDGE ROAD

TWIN FALLS ID 83301-0000

The above-named Debtor, having commenced a case under Chapter 13 of Title 11 U.S.C. and a plan having been filed in this case placing all future earnings of the Debtor under the sole and exclusive jurisdiction of the Court and it appearing that the above-named entity to whom this Order is directed is the present employer of the Debtor:

**IT IS HEREBY ORDERED** that you, as the employer of the above-named Debtor, shall deduct, each month, the sum of $1181.00 from the earnings of the debtor and remit the said sum not less than once per calendar month directly to the Trustee herein at **Thomas H. Billingslea, Jr., Chapter 13 Trustee, P.O. Box 188, Memphis, Tennessee 38101-0188.**

**IT IS FURTHER ORDERED** that if the debtor's employment has been or in the future is terminated, you, as the employer, shall notify the Trustee of such termination of employment. **PURSUANT TO 11 U.S.C. §1322(a)(1) and §1322(c) FEDERAL STATUTES, THIS ORDER IS SUPERIOR TO ANY OTHER LEVY ON THE EMPLOYEE'S WAGES AND SUPERCEDES ANY PREVIOUS ORDER MADE TO YOU IN THIS CASE.**

November 12, 2014

*/s/ Laura S. Taylor*
Judge, United States Bankruptcy Court